UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. 18-081 |
| VERSUS | SECTION F (1) |
| JORGE ORNELAS<br>TEKA LAFRANCE<br>JERRELL ENCALADE | VIOLATION: 21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(A)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 841(b)(1)(B)<br>21 U.S.C. § 846 |

NOTICE OF **TRIAL AND PRE-TRIAL CONFERENCE AS TO ALL DEFENDANTS**
(Previously set for 4/8/2019)

Take Notice that this criminal case has been set for **TRIAL** on **JUNE 10, 2019, at 9:00 A.M.**, before **JUDGE MARTIN L. C. FELDMAN,** 500 Poydras St., Courtroom C551, New Orleans, LA 70130. A FINAL PRE-TRIAL CONFERENCE is set for May 24, 2019, at 1:30 p.m.

**IMPORTANT NOTE: PHOTO I.D. IS REQUIRED TO ENTER THE BUILDING**

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

DATE: March 26, 2019

TO:

JORGE ORNELAS
c/o USM
**COUNSEL FOR ORNELAS:**
SAMUEL H. WINSTON
sam@samwinstonlaw.com
ISRAEL SANTANA
isantanalaw@comcast.net

TEKA LAFRANCE
c/o USM
**COUNSEL FOR LAFRANCE:**
RACHEL MARIE YAZBECK
rmyazbeck@gmail.com

JERRELL ENCALADE
c/o USM
**COUNSEL FOR ENCALADE:**
JAMES ALAN WILLIAMS
jim@jimwilliamslaw.com

WILLIAM W. BLEVINS, CLERK
by:  Cherie B. Stouder
        Deputy Clerk

U.S. Attorney:  BRANDON S. LONG

U.S. Marshal

U.S. Probation Office - Pretrial Services Unit

DEA – TFO CHRISTOPHER JOHNSON

**JUDGE     MAGISTRATE**

COURT REPORTER COORDINATOR
INTERPRETER:

(  ) YES _____
( X) NO Language and/or Dialect

**If you change address, notify Clerk of Court by phone, (504) 589-7683**